Case: **2:25−cv−03018**
Assigned To : **Lipman, Sheryl H.**
Referral Judge: **Pham, Tu M.**
Assign. Date : **11/6/2025**
Description: **Young v. City of Germantown**